# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USE OF A CELL - SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE CARRIED BY JAMES WILLIAMS NUMBER (629) 200-5761 | )<br>)<br>)  Case No. 19-MJ-4010<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Middle__ District of __Tennesee__
*(identify the person or describe the property to be searched and give its location)*:

Records related to live cell-site data and precise GPS location data for cellular telephone number (629) 200-5761, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Records and location of device using telephone number (629) 200-5761, as further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __January 19, 2019__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __USMJ NEWBERN__ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __1/7/19__ _____
*Judge's signature*

City and state: __Nashville, Tennessee__ __ALISTAIR NEWBERN, U.S. MAGISTRATE JUDGE__
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 1/7/19 1:00 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: SA Warren Smith | | |
| Inventory of the property taken and name of any person(s) seized: Cellular telephone tower data | | |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JAN 15 2019

BY_____
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-7-19

*Executing officer's signature*

Reginald Johnson, ATF
*Printed name and title*